NUMBER 13-07-271-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE AURORA LOAN SERVICES, LLC


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Aurora Loan Services, LLC, filed a petition for writ of mandamus and
motion for temporary relief in the above cause on April 30, 2007. On May 1, 2007,
the Court granted the motion for temporary relief and stayed production under the trial
court's order of April 16, 2007 until twenty days after determination of this cause. 
See Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting temporary
relief is effective until the case is finally decided."). The Court requested that the real
party in interest, Doug Beard, file a response to relator's petition for writ of mandamus
on or before May 11, 2007. Said response was duly filed.

 The Court, having examined and fully considered the petition for writ of
mandamus and response thereto is of the opinion that relator has not shown itself
entitled to the relief sought. Accordingly, the stay is LIFTED and the petition for writ
of mandamus is DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and filed

this 16th day of May, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).